

Ilene Sands

1420 Turk Street

San Francisco, CA

628-233-8161 Cellphone

Ilenesands11553@gmail.com

June 20, 2023



To the Honorable Jude who will be assigned to my complaint:

Because I lose energy after 1:00 perhaps it's because I am almost 70 or because of the infusion medication that I have to take for my colon – I don't know, but I request that the court allow my complaint that I file today to be addressed in San Francisco.

Also because I have never represented myself in a court hearing – where a jury is present and because I have a documented hearing disability I request that the court appoint an attorney to represent me. I will prepare a motion for this request very soon and an amendment to add something very important that I forgot to put in this complaint.

Finally, I want to apologize for stating in the introduction A of my complaint that I was going to attach support document. I decided to not do this so not to give the defendants my evidence at this time. However, I did attach a photo of me and my mother Levaties Sands and a thumb drive of the incident that happened of the male resident showing up at my room when I was a patient at the City's medical respite and verification of my SSI income that my bank emailed me last month and of my rent payment verification for this.

Thank you.

Sincerely,

*Ilene Sands*

Ilene Sands

Ilenesands11553@gmail.com

628-233-8161 Cellphone

Ilene Sands

1420 Turk Street

San Francisco, CA

628-233-8161 Cellphone

Ilenesands11553@gmail.com





CV23-3014

June 20, 2023

To the Honorable Jude who will be assigned to my complaint:

Because I lose energy after 1:00 perhaps it's because I am almost 70 or because of the infusion medication that I have to take for my colon – I don't know, but I request that the court allow my complaint that I file today to be addressed in San Francisco.

Also because I have never represented myself in a court hearing – where a jury is present and because I have a documented hearing disability I request that the court appoint an attorney to represent me. I will prepare a motion for this request very soon and an amendment to add something very important that I forgot to put in this complaint.

Finally, I want to apologize for stating in the introduction A of my complaint that I was going to attach support document. I decided to not do this so not to give the defendants my evidence at this time. However, I did attach a photo of me and my mother Levaties Sands and a thumb drive of the incident that happened of the male resident showing up at my room when I was a patient at the City's medical respite and verification of my SSI income that my bank emailed me last month and of my rent payment verification for this.

Thank you.

Sincerely,

*Ilene Sands*

Ilene Sands

Ilenesands11553@gmail.com

628-233-8161 Cellphone