UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILENE SANDS,<br><br>         Plaintiff,<br><br>    v.<br><br>CITY OF SAN FRANCISCO'S DEPARTMENT OF HOMELESSNESS, et al.,<br><br>         Defendants. | Case No. 23-cv-03014-JD<br><br>**ORDER RE PLAINTIFF'S IFP APPLICATION, REQUEST TO APPOINT COUNSEL, AND CASE MANAGEMENT CONFERENCE** |

Pro se plaintiff Ilene Sands has filed an application to proceed *in forma pauperis* (IFP). Dkt. No. 3. IFP status is granted. The Clerk of Court will issue the summons, and the U.S. Marshal for the Northern District of California is directed to serve on defendants, without prepayment of fees, a copy of the amended complaint, Dkt. No. 6, with attachments, and this order. While this case is pending, plaintiff must promptly inform the Court of any change of address. Failure to do so may result in dismissal of this action.

Sands has also requested the appointment of counsel. Dkt. Nos. 5, 9. There is generally "no right to counsel in a civil case." *Nicholson v. Rushen*, 767 F.2d 1426, 1427 (9th Cir. 1985) (citing *Lassiter v. Dept. of Social Servs.*, 452 U.S. 18 (1981)). This case presents relatively straightforward issues, and Sands has handled them adequately. Consequently, an appointment of counsel is denied. Plaintiff Sands may wish to seek free legal consultation through the Legal Help Center by calling (415) 782-8982 or emailing fedpro@sfbar.org. The Legal Help Center is staffed with attorneys who can speak with pro se litigants and provide basic legal help, but not legal representation.

1   The case management conference that was set for September 21, 2023, is vacated pending
2   further order.
3   **IT IS SO ORDERED.**
4   Dated:  September 17, 2023

JAMES DONATO
United States District Judge