UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILENE SANDS,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF SAN FRANCISCO'S DEPARTMENT OF HOMELESSNESS, et al.,<br><br>    Defendants. | Case No. 23-cv-03014-JD<br><br>**ORDER DISMISSING CASE** |

At the request of plaintiff Ilene Sands, Dkt. No. 21, the case is dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: October 6, 2023

_____
JAMES DONATO
United States District Judge